Robert E. Dougherty, Bar# 41317
Law Office of Robert E. Dougherty
17285 Whatley Ave,
Fontana, CA 92336
Phone 951-236-2876
robertedougherty@yahoo.com

Attorney for Plaintiff Robert E. Ancell

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER

ROBERT E. ANCELL
    Plaintiff
V.
JOHN P. McMAHON, SHERIFF OF SAN BERNARDINO COUNTY, DEPUTY ONE, DEPUTY TWO, DEPUTY THREE, COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., and CITY OF RANCHO CUCAMONGA
    Defendants

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. SECTION 1983, DEMAND FOR JURY TRIAL**

## Introduction

1. Plaintiff, Robert E. Ancell, brings this action against John P. McMahon the Sheriff, and individual Deputy Sheriffs, of San Bernardino County, California, the Sheriff's Department and the City of Rancho Cucamonga, California for damages arising out of a beating, other unconstitutional policies and actions arising out an unlawful apprehension by Defendant Deputy Sheriffs on September 25, 2014.

## Jurisdiction

2. Plaintiff brings this action against Defendants to redress the deprivation of rights secured Plaintiff by the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. section 1983.

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. sections 1331, 1332, 1343(a)(3) and 42 U.S.C. section 1983.

4. Venue is proper in this District pursuant to 28 U.S.C. section 1391.

**Parties**

5. Plaintiff is a resident of California and resides in the City of Rancho Cucamonga, County of San Bernardino, California.

6. Defendant John P. McMahon at all relevant times was the duly elected Sheriff of San Bernardino County who operated and governed the Police Department of the City of Rancho Cucamonga pursuant to a contract with said Sheriff's Department.

7. Defendants, Deputies One, Two and Three at all relevant times were sworn Deputy Sheriffs of the San Bernardino Sheriff's Department and are sued both individually and in their official capacities. The Sheriff's Department has refused to disclose the true names of Defendant Deputies, thus forcing Plaintiff to designate them by fictitious names. Plaintiff will seek leave of court to amend this complaint to set forth their true names when the same are ascertained.

8. At all pertinent times Defendants acted under color of law, of a statute, ordinance, regulation, custom or usage.

**Facts**

9. On September 25, 2014, at approximately 1:30 PM Plaintiff was a passenger in a motor vehicle arriving at his residence, 9135 Jadeite Avenue, Rancho Cucamonga, CA. As that vehicle stopped in Plaintiff's driveway a police patrol car "redlighted" the motor vehicle in which Plaintiff was riding. Plaintiff had exited that vehicle and walked to the front door of his residence, and entered the residence as Deputy One yelled "stop". Instead of knocking on the front door asking to gain admittance to the residence, Deputy One kicked at the door. Plaintiff then went to the back of the residence to find Deputy One pointing his pistol at Plaintiff and kicking at a sliding door. Plaintiff yelled "Stop kicking the door" and he moved away from that door and went to the front of the residence and looked through the peephole to see what was happening. At this time Deputy Two and Deputy Three arrived outside the residence.

10. Deputy One kicked a hole in the front door and one of the Deputies reached through the hole and unlocked it. The three Deputies entered the residence, and at least one had his pistol drawn and pointed at Plaintiff.

11. As the Deputies entered Plaintiff was standing on the third stair of the stairway at the residence's entry way. Plaintiff had his hands raised, he was standing still, and he made no hostile move or gesture of any kind. Nevertheless, Deputy One grabbed the front of Plaintiff's shirt and pulled him off the stairway and slammed him to the tile floor. Deputies Two and Three jumped on Plaintiff's back. Deputy One then forced Plaintiff's head to the right and pushed his knee

3

onto Plaintiff's ear, and with all of his weight forced Plaintiff's ear into the tile floor while yelling "quit resisting, quit resisting".

12. As an immediate result of the deputies beating, Plaintiff experienced severe pain in his neck and ear, and he also felt a numbness on the left side of his body. While held in custody Plaintiff repeatedly asked for medical treatment, but was refused the same.

13. As a proximate result of the beating Plaintiff continued to suffer neck pain and numbness. He first went to the emergency room at San Antonio Community Hospital, and then, a short time later, went to the emergency room at Loma Linda University Hospital and was thereafter admitted to the hospital for diagnosis and, as it turned out, surgery. As a result of the injuries Plaintiff suffered in the beating, surgeons removed several discs from Plaintiff's neck and put in two cadaver bones, six screws and a metal plate. Plaintiff still suffers numbness on the left side of his body, and he is, and will probably remain, totally disabled. Future medical treatment, including additional surgeries, may be necessary.

14. As a direct and proximate result of the acts and omissions of Defendants, Plaintiff was forced to suffer pain and mental cruelty, was deprived of physical liberty, and was forced to incur medical and legal expenses.

15. Defendants, Deputies One, Two and Three acted with actual malice toward Plaintiff and with willful and wanton indifference to and deliberate disregard for the statutory and constitutional rights of Plaintiff. The actions of Defendant

Deputies constitute unreasonable and excessive use of force and deprivation of liberty without due process of law.

16. Upon information and belief, John P. McMahon, Sheriff of San Bernardino County permitted and tolerated a pattern and practice of unreasonable use of force by Deputy Sheriffs under his command and control.

WHEREFORE, Plaintiff requests that this court to award the following amounts:

a. $1,000.000.00 compensatory damages in Favor of Plaintiff and against all Defendants, jointly and severally;

b. $1,000,000.00 exemplary damage in favor of Plaintiff and against each of Defendants Deputies One, Two and Three;

c. Costs of this action, including reasonable attorney fees to the Plaintiff; and

d. Such other and further relief as the court may deem appropriate.

Dated: September 22, 2016

ROBERT E. ANCELL
By

_____

Robert E. Dougherty
17285 Whatley Ave, Fontana, CA 92336 Phone

951-236-2876

California Bar # 41317

**DEMAND FOR JURY TRIAL**

5

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

ROBERT E. ANCELL
By

/s/ Robert Dougherty

951-236-2876

Robert E. Dougherty
17285 Whatley Ave., Fontana, CA 92336 Phone

California Bar # 41317