JANINE HIGHIET-IVICEVIC (CA Bar No. 254405)
Deputy County Counsel
JAMES H. THEBEAU (CA Bar No. 128845)
Deputy County Counsel
MICHELLE D. BLAKEMORE (CA Bar No. 110474)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5455
Facsimile: (909) 387-4069

Attorneys for Defendants County of San Bernardino (*on behalf of itself and erroneously sued as County of San Bernardino Sheriff's Department*), Arturo Alvarado and Kris Powers

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. ANCELL, | CV 16-02029 AB (DTBx) |
| Plaintiff, | |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| JOHN P. McMAHON, SHERIFF OF SAN BERNARDINO COUNTY, DEPUTY ONE, DEPUTY TWO, DEPUTY THREE, COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, AND CITY OF RANCHO CUCAMONGA _____ | Honorable District Court Judge André Birotte, Jr. |
| Defendants. | |

After considering the moving and opposing pleadings and evidence, and having found, pursuant to Fed.R.Civ.P., Rule 56, that the evidence shows there is no genuine issue of material fact that defendants are entitled to judgment as a matter of law:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is to be entered in favor of defendants on the entire First Amended Complaint; and

2. Defendants are awarded their statutorily recoverable costs.

Dated: 3/9/2020

Honorable District Court Judge André Birotte, Jr.